IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josie Cabral, | No. CV-19-04735-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Law Offices of Joel W. Black LLC, | |
| Defendant. | |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 26) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees, except as otherwise agreed between the parties; and

4. That the Clerk of Court shall terminate this action.

Dated this 6th day of April, 2020.

Honorable Steven P. Logan
United States District Judge